# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Marlene Denise Cotton,

Plaintiff,

v.

Martin O'Malley,
Acting Commissioner of Social Security,

Defendant.

Case No. 1:20-cv-05960
Judge Heather K. McShain

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of plaintiff, Marlene Denise Cotton, and against defendant. The ALJ's decision is reversed pursuant to the fourth sentence of 42 U.S.C. §405(g) with remand to the Social Security Administration for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Heather K. McShain on a motion for summary judgment.

Date: 03/27/2024                    Thomas G. Bruton, Clerk of Court

                                    P. Klutcharch, Deputy Clerk